IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JENNIFER NEWLON**

**Plaintiff ,**

**v.**

**UNITED STATES OF AMERICA,**

**Defendants.**                                                  **Case No. 04-CV-320-DRH**

<u>**ORDER**</u>

**HERNDON, District Judge:**

      This matter coming be heard on the Motion for Leave to Withdraw as attorney for the Plaintiff and the Court being advised in the premises, it is hereby ordered that said Motion is **GRANTED** and Ray E. Alexander and Brown and Crouppen, P.C. are allowed to withdraw as attorneys for the Plaintiff.  It is further **ORDERED** that, within 21 days of this Order, the Plaintiff, Jennifer Newlon, or her new counsel shall file with the Clerk of this Court a supplementary appearance that provides an address at which the party and/or new counsel may receive service of documents related to this case.  It is further **ORDERED** that the final pretrial conference in this case shall take place in this court on February 10, 2006 at 3:00

p.m. at which time Plaintiff and/or her new counsel shall appear.

**IT IS SO ORDERED**.

Signed this 19th day of January, 2006.

/s/          David RHerndon
**United States District Judge**