IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JENNIFER NEWLON**

**Plaintiff ,**

**v.**

**UNITED STATES OF AMERICA,**

**Defendants.**                                              **Case No. 04-CV-320-DRH**

## ORDER

**HERNDON, District Judge:**

On January 20, 2006, this Court entered an order directing Plaintiff Jennifer Newlon ("Plaintiff") to file a supplementary appearance with the Clerk of the Court providing an address at which she, or her new counsel, will receive service of documents in this case.  (Doc. 17.)  That order also indicated that the final pretrial conference would take place as scheduled in this matter on February 10, 2006.  (*Id.*)  Plaintiff neither filed a supplementary appearance nor showed up at the final pretrial conference.  Therefore, the Court hereby **ORDERS** Plaintiff to show cause, by March 21, 2006, why this action should not be dismissed with prejudice.  The Court warns

Plaintiff that failure to do so will result in dismissal of the suit.  *See* FED. R. CIV. P. **41(b)**.

        **IT IS SO ORDERED**.

    Signed this 17th day of February, 2006.


                                /s/         David   RHerndon
                                **United States District Judge**