IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JENNIFER NEWLON**

**Plaintiff,**

**v.**

**UNITED STATES OF AMERICA,**

**Defendant.**                                             Case No. 04-CV-320-DRH

## ORDER

**HERNDON, District Judge:**

On February 17, 2006, this Court ordered Plaintiff Jennifer Newlon to show cause, by March 21, 2006, why the above-styled action should not be dismissed with prejudice due to her failure to prosecute. (Doc. 20.) That date has since passed. Accordingly, the Court now **DISMISSES** this action **with prejudice**. **FED. R. CIV. P. 41(b)**.

**IT IS SO ORDERED**.

Signed this 4th day of April, 2006.

/s/        David  RHerndon
**United States District Judge**