# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JENNIFER NEWLON,**

**Plaintiff,**

**v.**                       **CIVIL ACTION NO. 04-CV-320-DRH**

**UNITED STATES OF AMERICA,**

**Defendant.**

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on a Order to Show Cause.

**IT IS ORDERED AND ADJUDGED** that this cause of action is **DISMISSED with prejudice** for failure to prosecute**.**

                                                       **NORBERT G. JAWORSKI, CLERK**

April 13, 2006                                          BY: /s/Patricia Brown
                                                                               Deputy Clerk

APPROVED: /s/  David R Herndon
                        **U.S. DISTRICT JUDGE**